UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **VANISSA LEE CARR** | **CIV. ACTION NO. 3:21-04454** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

The Report and Recommendation [Doc. No. 21] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that Plaintiff's Petition for Attorney Fees [Doc. No. 18] is **GRANTED IN PART**, and that the Commissioner shall remit to Plaintiff's counsel a check made payable to Plaintiff Vanissa Carr for attorney in the amount of $7,480.00 (37.4 hours at $200.00 per hour), plus costs of $8.10.

**IT IS FURTHER ORDERED** that the Motion [Doc. No. 18] is otherwise **DENIED**.

Monroe, Louisiana, this 28th day of April 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE